## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2883 Disciplinary Docket No. 3 |
| | : | |
| CHARLES KEVIN BLACKMON, A/K/A | : | No. 68 DB 2022 |
| CHARLES K. BLACKMON | : | |
| | : | (Council of the North Carolina State Bar, |
| | : | No. 19 BCS 1) |
| | : | |
| | : | Attorney Registration No. 55750 |
| | : | |
| | : | (Out of State) |
| | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2022, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Charles Kevin Blackmon, a/k/a Charles K. Blackmon, is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all provisions of Pa.R.D.E. 217.